IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:02CR123 |
| | ) | |
| v. | ) | |
| | ) | |
| RAYMOND WHITE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

IT IS ORDERED that plaintiff's motion pursuant to Rule

35(b) (Filing No. 42) is scheduled for hearing on:

**Thursday, August 18, 2005, at 9:45 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse,

Omaha, Nebraska, or as soon thereafter as may be called by the

Court.

DATED this 8th day of August, 2005.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court