IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:02CR123 |
| | ) | |
| v. | ) | |
| | ) | |
| RAYMOND WHITE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

On February 27, 2009, the defendant appeared with counsel for a disposition hearing on a Petition for Warrant for Offender Under Supervision (Filing No. 49). Defendant was present and represented by Michael Maloney. Plaintiff was represented by Maria R. Moran, Assistant United States Attorney. The defendant had previously admitted the allegations contained in the Petition and the Court found the defendant to be in violation of the conditions of his supervised release (Filing No. 59). The Court then proceeded to sentencing. Accordingly,

IT IS ORDERED:

1. Defendant's supervised release is hereby revoked, and the defendant is sentenced to the custody of the Bureau of Prisons for a term of 21 months. He is to receive credit for time served since November 23, 2008.

2. Upon completion of the defendant's incarceration, his supervised release will terminate.

Dated this 27th day of February, 2009.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court

## ACKNOWLEDGMENT OF RECEIPT

I hereby acknowledge receipt of a copy of this judgment this _____ day of _____, 200__.

_____Signature of Defendant

## RETURN

It is hereby acknowledged that the defendant was delivered on the _____ day of _____, 200__ to _____, with a certified copy of this judgment.

_____ UNITED STATES WARDEN

By: _____

**NOTE: The following certificate must also be completed if the defendant has not signed the Acknowledgment of receipt, above.**

## CERTIFICATE

It is hereby certified that a copy of this judgment was served upon the defendant this _____ day of _____, 200___.

_____ UNITED STATES WARDEN

By: _____